BARNES *v.* WILLIAMS.

[No. 28,485. Filed November 17, 1948.]

*Edgar J. Call* of Gary and *Dean J. Call* of Evansville, attorneys for appellant.

*Blaz A. Lucas* and *Ellis C. Bush,* both of Gary, attorneys for appellee.

STARR, J.—This is an attempt to appeal from an interlocutory order refusing to grant a temporary injunction. Appellant has failed to file an appeal bond as provided by § 2-3219 Burns' 1933, 1946 Replacement. For this reason, among others, appellee has moved to dismiss this appeal.

Upon the authority of *Seymour* v. *M. Ewing Fox Co.* (1922), 191 Ind. 510, 133 N. E. 832 this motion is sustained and this appeal is dismissed.

NOTE.—Reported in 82 N. E. 2d 255.